## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| DC OPERATING, LLC d/b/a DREAMS; NUVIA HEIDI MEDINA; and MICHELLE CORRAL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-22-CV-00010-FM |
| KEN PAXTON, in His Official Capacity as Attorney General of the State of Texas; ED SERNA, in His Official Capacity as Executive Director of the Texas Workforce Commission; and RICHARD D. WILES, in His Official Capacity as Sheriff of El Paso County, Texas, | § § § § § § § § § | |
| Defendants. | § | |

## ORDER DENYING MOTION FOR LEAVE TO FILE AMENDED PETITION

Before the court are "Plaintiffs' Memorandum in Support of Motion for Leave to File Amended Pleading" [ECF No. 25], filed May 5, 2022, and "Motion for Explanation of Refusal to Grant or Deny Leave of Court to Amend Pleading (Doc 25) Under F.R.C.P. 15," [ECF No. 30], filed July 8, 2022, by Plaintiffs DC Operating, LLC, Nuvia Heidi Medina, and Michelle Corral. The court entered "Order Granting Motions to Dismiss" [ECF No. 29] on June 14, 2022, dismissing all remaining defendants. Plaintiffs' motions are therefore moot. Accordingly, the court enters the following orders:

1. It is **HEREBY ORDERED** that "Plaintiffs' Memorandum in Support of Motion for Leave to File Amended Pleading" [ECF No. 25] is **DENIED**.

1

2. It is **FURTHER ORDERED** that "Motion for Explanation of Refusal to Grant or Deny Leave of Court to Amend Pleading (Doc 25) Under F.R.C.P. 15," [ECF No. 30] is **DENIED**.

**SIGNED AND ENTERED** this **18th** day of **October 2022.**

_____
**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**