UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DC OPERATING, LLC d/b/a DREAMS; NUVIA HEIDI MEDINA; and MICHELLE CORRAL, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | EP-22-CV-00010-FM |
| KEN PAXTON, in His Official Capacity as Attorney General of the State of Texas; ED SERNA, in His Official Capacity as Executive Director of the Texas Workforce Commission; and RICHARD D. WILES, in His Official Capacity as Sheriff of El Paso County, Texas, | § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On June 14, 2022, the court granted Defendants' motions to dismiss.[1] In accordance with that judgment, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE**.

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT**.

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this 5 day of **July 2023**.

FRANK MONTALVO
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] "Order Granting Motions to Dismiss" 1, ECF No. 29, entered June 14, 2022.

1